IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-MSK-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

WESTERN TRADING COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 1, 2010.**

    Tyler Riley's Motion for Leave to Intervene [filed December 19, 2010; docket #9] is **granted**. The motion is unopposed. Rule 24(a) provides a proper basis for intervention. Accordingly, the Clerk of Court is directed to add Tyler Riley as an Intervenor in this matter. Intervenor Riley shall file his Complaint on or before **February 3, 2011**.