**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02387-WJM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

     Plaintiff,

v.

WESTERN TRADING COMPANY, INC.,

     Defendant.

---

## NOTICE OF DISCLOSURE

---

     Please take notice that the undersigned United States District Judge William J. Martínez, states as follows:

     I was Regional Attorney of the EEOC's Denver District Office from 1992 to 1996. Since then I have had no affiliation with the EEOC.  As private counsel, I represented intervenors in litigation brought by the EEOC.

     I have had no involvement in the review or consideration of this case, and otherwise have no previous knowledge or understanding of any of the facts or claims presented here.  I believe I can be fair and impartial to all parties and counsel in this case.

     Nevertheless, any party wishing to suggest my recusal may do so within 10 days from the date of this notice.  Any such filing should discuss legal authority, if any, in support of the suggestion.

1

Dated February 22, 2011.

BY THE COURT:

s/ *William J. Martínez*
United States District Judge