IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

WESTERN TRADING COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2011.**

    Plaintiff's Unopposed Motion for Protective Order [filed February 28, 2011; docket #24] is **granted**. The proposed stipulated protective order is accepted and entered contemporaneously with this minute order.