IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MEH

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

WESTERN TRADING COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2011.**

    The Joint Motion to Vacate and Reschedule Settlement Conference [filed March 15, 2011; docket #28] is **granted**. The Settlement Conference set for March 28, 2011 is hereby **vacated**. Should the parties later believe a settlement conference would be useful, the parties are invited to contact Chambers at (303) 844-4507 to discuss available dates at that time.