IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

WESTERN TRADING COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order Regarding Experts (docket no. 34) is GRANTED finding good cause shown. The Scheduling Order is amended as follows. The deadline to disclose experts is extended to June 16, 2011. The deadline to disclose rebuttal experts is extended to July 15, 2011. The deadline to complete discovery is extended to August 15, 2011, **for the limited purpose of completing any rebuttal expert depositions only**. All other discovery shall be completed by July 15, 2011.

Date: May 5, 2011