IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

WESTERN TRADING COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order Regarding Depositions of Expert Witnesses (docket no. 37) is GRANTED finding good cause shown. The Scheduling Order is amended as follows:

The deadline to depose experts shall be extended up to and including September 15, 2011. The parties are further permitted to depose any rebuttal experts up to and including September 15, 2011.

Date:   July 6, 2011