IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

WESTERN TRADING COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order to Allow the Deposition of Tiffany East After the Discovery Cut-Off, filed with the Court on July 14, 2011, DN 43, is GRANTED to allow EEOC to take Ms. East's deposition any time on or before September 15, 2011.

Date: July 15, 2011