IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

WESTERN TRADING COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order Regarding Dispositive Motions (docket no. 52) is GRANTED finding good cause shown. The deadline to file dispositive motions is extended to October 21, 2011. The Rule 16 Scheduling Order entered in this case (Docket No. 11) is amended consistent with this minute order.  The Final Pretrial Conference remains set on October 31, 2011, at 9:30 a.m.


Date:   August 11, 2011