# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   10-cv-02387-WJM-MJW | FTR - Courtroom A-502 |
| **Date:**   August 26, 2011 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Rita Byrnes Kittle<br>Sean W. Ratliff |
| Plaintiff(s), | |
| TYLER RILEY, | James Abrams |
| Intervenor Plaintiff, | |
| v. | |
| WESTERN TRADING COMPANY, INC., and | Gary J. Benson |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   TELEPHONIC MOTION HEARING
**Court in Session:**   8:30 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Combined Motion for Protective Order and Memorandum in Support of Motion for Protective Order [Docket No. 41] for argument.

Argument by Mr. Benson on behalf of Western Trading Company, Inc.
Response by Mr. Ratliff on behalf of the Equal Employment Opportunity Commission.

The parties stipulation that Steven A. Finer and the defendant corporation are bound by the deposition testimony of Steven A. Finer, when he was first deposed is approved by the Court.

**It is ORDERED:**   Defendant's  COMBINED MOTION FOR PROTECTIVE ORDER AND MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER [Docket No. **41**, filed July 08, 2011]   is **GRANTED IN PART AND DENIED IN PART** for reasons as set forth on the record.

The motion is denied in that it requests no 30(b)(6) deposition be allowed. The EEOC shall have a 30(b)(6) deposition.

*10-cv-02387-WJM-MJW*
*Telephonic Motion Hearing*
*August 26, 2011*

The motion is granted in that the scope of the 30(b)(6) deposition is limited to the six (6) topics listed in the current notice.  There shall be no duplicative questions of those asked in the first deposition.  The Court will consider sanctions if duplicative questions are asked.
The length of the 30(b)(6) deposition shall be limited to three and one-half  (3 ½ ) hours.

Hearing concluded.
**Court in recess:**       9:02 a.m.
Total In-Court Time 00: 32

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or     Toll Free    1-800-962-3345.