IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

WESTERN TRADING COMPANY, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order Regarding Depositions of Experts, DN 60, filed with the Court on September 7, 2011, is GRANTED up to and including October 14, 2011, for the sole purpose of conducting the depositions of Dr. Reiley and Dr. Hughes.

Date: September 8, 2011