IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-02387-WJM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

    and

TYLER RILEY,

    Intervenor,

v.

WESTERN TRADING COMPANY, INC.,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND/OR DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits from the jury trial which concluded March 7, 2013 until such time as all need for the exhibits and/or depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this ___ day of March 2013.

BY THE COURT:

William J. Martínez, Judge

Attorney for Plaintiffs

Attorney for Defendant