**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-02387-WJM-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

    and

TYLER RILEY,

    Intervenor

v.

WESTERN TRADING COMPANY, INC.,

    Defendant.

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

This matter comes before the Court on the Parties' Joint Motion for Entry of Consent Decree (ECF No. 161), filed April 25, 2013.  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED.  The proposed Consent Decree (ECF No. 161-1), filed with the Court on April 25, 2013, has been executed by the Court effective May 1, 2013, and is attached to this Order and incorporated herein by reference.

It is further ORDERED that the Clerk of this Court shall forthwith terminate this action.  This Court shall retain jurisdiction in order to enforce the terms of the Consent Decree, and to adjudicate the parties' pending and appropriate future post-trial motions.

Dated this 1st day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge